**Fill in this information to identify the case:**

Debtor name **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) **3:19-bk-32732**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $     1,604,852.91

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $     1,604,852.91

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     1,433,863.49

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$     1,257,304.68

4. Total liabilities .........................................................................................
   Lines 2 + 3a + 3b          $     2,691,168.17

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Protech Metal Finishing, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) **3:19-bk-32732** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
                                                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$100.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Tennessee Bank** | **Checking** | **6482** | **$0.00** |
| 3.2. | **Pinnacle Bank** | **Checking** | **0270** | **$0.00** |
| 3.3. | **First Tennessee Bank** | **Savings** | **7338** | **$25,000.00** |

4.     **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Attorney retainer with Dunham Hildebrand, PLLC** | **$10,000.00** |

5.     **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,100.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Protech Metal Finishing, LLC** | Case number *(If known)* **3:19-bk-32732** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.  **Letter of credit, Pinnacle Bank, $20,000, for Loudon County Electric**                **$0.00**

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**                **$0.00**

   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

   11a. 90 days old or less: **91,162.55**  -  **0.00**  = ....  **$91,162.55**
          face amount                doubtful or uncollectible accounts

**12.**  **Total of Part 3.**                **$91,162.55**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** **Contents of vats - no market value** | | **$0.00** | | **$0.00** |
| **21.**  **Finished goods, including goods held for resale** | | | | |
| **22.**  **Other inventory or supplies** | | | | |

| Debtor | **Protech Metal Finishing, LLC** | | Case number *(If known)* | **3:19-bk-32732** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Chemicals and paint with estimated market value of $3,000; last physical inventory was taken pre-fire, in 2016** | | $0.00 | **Market** | **$3,000.00** |
| **Drums of acid** | | $0.00 | | **Unknown** |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$3,000.00** |

24.  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Computer Server; Telephone System; Meeting Room Furniture (Table & 10 Chairs); Employee Break Room Furniture (4 Round Tables and Chairs); Masking Room Furniture and 2 Desks; Production Office Furniture (4 Desks); Office Manager Office Furniture; Engineer Office Furniture; Owners' Office Furniture; Lobby Funiture (Table & 2 Chairs); Time Clock.  Each office has desk chair, file cabinet and older model PC computers.  All office furniture was purchased used (after the fire in 2017).** | **Unknown** | **Market** | **$4,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Protech Metal Finishing, LLC** | Case number *(If known)* **3:19-bk-32732** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$4,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Toyota Forklift (1 of 2)** | $0.00 | **Est Market Value** | $12,500.00 |
| 47.2.  **Toyota Forklift (2 of 2)** | Unknown | **Est Market Value** | $12,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
Equipment used in Business, list to be
furnished
Value listed is replacement value; Market value
is presently unknown** | $0.00 | **Replacement** | $1,446,590.36

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$1,471,590.36**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

| Debtor | **Protech Metal Finishing, LLC** | Case number *(If known)* | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 10.

☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease for use of commercial property located at 120 Tellico Port Road, Vonore, TN 37885** | Leasehold | $0.00 | N/A | $0.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.protechfinishing.com | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Protech Metal Finishing, LLC** | Case number *(If known)* **3:19-bk-32732** |
|---|---|---|
| | Name | |

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim against former owner for breach of non-compete agreement**

| | | **Unknown** |
|---|---|---|

Nature of claim
Amount requested                                    **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

| | **$0.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Protech Metal Finishing, LLC**            Case number *(If known)* **3:19-bk-32732**

Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$35,100.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$91,162.55** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$3,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,471,590.36** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,604,852.91** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,604,852.91** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-32732**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   ALLIED TOYOTALIFT**<br>Creditor's Name<br><br>**1640 ISLAND HOME AVENUE**<br>**Knoxville, TN 37920**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Toyota Forklift (1 of 2)**<br><br><br>Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $258.00 | $12,500.00 |
| **2.2   Pathway Lending**<br>Creditor's Name<br><br>**201 Venture Circle**<br>**Nashville, TN 37228**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Building Owned by Third Party Partnership Pledged as Collateral**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $1,276,000.00 | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Protech Metal Finishing, LLC** | Case number (if know) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $101,342.46 | $91,162.55 |
|---|---|---|---|---|

Creditor's Name

**All Accounts: whether owned or later
acquired, accessions, additions,
replacements, substitutions; related
proceeds (inc. insurance, general intangibles
and other accounts proceeds)**

**P.O. BOX 292487
Nashville, TN 37229**

Creditor's mailing address

**Describe the lien**
**UCC 213132185:  Rec. 4/22/2013;Lapses
4/22/2023**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**4/17/2013 , Line of Credit**

**Last 4 digits of account number**
**mNo1**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $56,263.03 | $1,446,590.36 |
|---|---|---|---|---|

Creditor's Name

**Equipment: owned or later acquired,
accessions, additions, replacements,
substitutions, and related proceeds (inc.
insurance, general intangibles and other
account proceeds)**

**P.O. BOX 292487
Nashville, TN 37229**

Creditor's mailing address

**Describe the lien**
**[ECF Claim No. 2]**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**12/10/2014**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,433,863.49 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Protech Metal Finishing, LLC** | Case number (if know) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Pinnacle Bank**<br>**150 3rd Avenue South**<br>**Suite 900**<br>**Nashville, TN 37201** | Line  **2.3** | |
| **Pinnacle Bank**<br>**150 3rd Avenue South**<br>**Suite 900**<br>**Nashville, TN 37201** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) **3:19-bk-32732**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

 **1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

 **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1**  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,380.34** |
| **ACE INDUSTRIES**<br>**6295 McDonough Drive**<br>**Norcross, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2**  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,245.00** |
| **AIRL -Analytical Industrial Research Lab**<br>**P.O. Box 4607**<br>**Cleveland, TN 37320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3**  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,882.56** |
| **ALLIED TOYOTALIFT**<br>**1640 ISLAND HOME AVENUE**<br>**Knoxville, TN 37920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  RE: Forklift Maintenance | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4**  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,113.04** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Amex Delta Airlines | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 650448
**Dallas, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amex Starwood**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,263.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**BERNSTEIN, STAIR & MCADAMS LLP**
116 Agnes Road
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,645.75**

---

**3.7** | Nonpriority creditor's name and mailing address

**Boiler Supply Company**
PO BOX 40225
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number  **onCo**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$64,579.54**

---

**3.8** | Nonpriority creditor's name and mailing address

**Current Applications /GALWAY**
275 Bellew Ave. S.
PO Box 321
 NY 11820-6000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,182.06**

---

**3.9** | Nonpriority creditor's name and mailing address

**DANNY DAVIS ELECTRICAL
CONTRACTORS, INC.**
111 EVERETT AVENUE
**Maryville, TN 37804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,154.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Delfasco LLC**
1945 Scott Farm Road
**Greeneville, TN 37745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claim for items with Debtor at time of fire in 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Discover Bank**
Po Box 15316
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$27,961.74**

---

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.50 |
|---|---|---|---|

**DOBBINS ACCOUNTING & TAX SERVICES**
**9724 KINGSTON PIKE, SUITE 406**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**EVOQUA WATER TECHNOLOGIES**
**28563 NETWORK PL**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,990.30 |
|---|---|---|---|

**Express Employment**
**217 Airport Plaza Blvd**
**Alcoa, TN 37701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,574.64 |
|---|---|---|---|

**HAMILTON CASTER & MFG. CO**
**1637 DIXIE HIGHWAY**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**HARVEST ELECTRIC**
**107 ROCKWELL BLVD**
**Madisonville, TN 37354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.95 |
|---|---|---|---|

**HENDOR-PE INC.**
**55 CONCOURSE WAY**
**Greer, SC 29650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,983.32 |
|---|---|---|---|

**Interstate Mechanical Service LLC**
**PO Box 52788**
**Knoxville, TN 37950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,089.81**

**KNOXVILLE DRYWALL, INC.**
**1215 MCKENZIE PLACE**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,340.04**

**Lewis, Thomason, King, Krieg & Waldrop**
**PO Box 2425**
**Knoxville, TN 37901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mary Ann Scott**
**c/o Thomas M. Leveille, Esq.**
**1111 Northshore Dreive, Suite N290**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5311**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,897.50**

**MEI-AQUA TREAT, INC.**
**115 PARMENAS LANE**
**Chattanooga, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,656.00**

**MN Properties**
**120 Tellico Port Road**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,628.34**

**MOTION INDUSTRIES**
**PO BOX 404130**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **RE: ECF Claim No. 5**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$570,600.00**

**Phillip Michael Huddleston**
**115 Saligugi Way**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Secrured by DOT on Third Party (MN Properties)Commercial Real Estate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Protech Metal Finishing, LLC** | Case number (*if known*) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00**

**Phillip Michael Huddleston**
**115 Saligugi Way**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,458.82**

**Pinnacle Bank**
**150 3rd Avenue South**
**Suite 900**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/17

Basis for the claim:  **RE: Balance of Hino Box Truck (sold with proceeds paid to lienholder) [ECF Claim No. 3]**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,246.80**

**RELIANT ALUMINUM PRODUCTS**
**520 TOWNSEND AVENUE**
**High Point, NC 27263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,913.54**

**Rightech Fabrication**
**3225 Commercial Avenue**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,010.00**

**RONATEC C2C, INC.**
**PO BOX 1976**
**Fallbrook, CA 92088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,624.59**

**S&ME, INC**
**PO BOX 277523**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,252.25**

**SELECTIVE INSURANCE COMPANY OF**
**AMERICA**
**PO BOX 371468**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **RE: Green Machine & Manufacturing, Inc. subrogation rights**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SONS CONSTRUCTION INC.**
**141 CHESTUA ROAD**
**Madisonville, TN 37354**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,793.60 |
|---|---|---|---|

**SUNBELT RENTALS**
**PO BOX 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,705.23 |
|---|---|---|---|

**TATE BUILDING SUPPLY, INC.**
**PO Box 455**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,780.00 |
|---|---|---|---|

**TEKWELL SERVICES, LLC**
**1724 CENTRAL AVE**
**Chattanooga, TN 37408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TN Dept Labor, Boiler Div.**
**220 French Landing Dr.**
**2nd Floor**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,550.32 |
|---|---|---|---|

**TN DEPT OF ENVIRON & CONSERV**
**WRS TN Tower 14th Floor**
**312 Rosa L Parks Ave**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TN Dept of Labor**
**c/o TN Atty General's Office Bankr. Div.**
**PO Box 20207**
**Nashville, TN 37202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Protech Metal Finishing, LLC** | Case number *(if known)* | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address**
**TN Dept of Revenue**
**c/o TN Atty General's Office Bankr. Div.**
**PO Box 20207**
**Nashville, TN 37202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.41** | **Nonpriority creditor's name and mailing address**
**TRACOM, INC.**
**6575-A INDUSTRIAL WAY**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,091.38

---

**3.42** | **Nonpriority creditor's name and mailing address**
**U.S. Department of Justice**
**United States Attorney's Office, EDTN**
**800 Market Street**
**Knoxville, TN 37902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.43** | **Nonpriority creditor's name and mailing address**
**U.S. Environmental Protection Agency**
**Superfund Division, Region 4**
**61 Forsyth Street, SW**
**Atlanta, GA 30303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **RE: Potential CERCLA Liabilty and Reimbursement of EPA Response Costs Related to Premises Fire in April, 2017**

Is the claim subject to offset? ■ No ☐ Yes

$29,522.98

---

**3.44** | **Nonpriority creditor's name and mailing address**
**WHOLESALE SUPPLY GROUP, INC.**
**P.O. BOX 4080**
**Cleveland, TN 37320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$26,630.77

---

**3.45** | **Nonpriority creditor's name and mailing address**
**WM. S. TRIMBLE COMPANY, INC.**
**PO BOX 154**
**Knoxville, TN 37901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,231.25

---

**3.46** | **Nonpriority creditor's name and mailing address**
**ZORO TOOLS INC.**
**PO BOX 5233**
**Janesville, WI 53547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$464.72

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

---

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALTUS GTS INC.**<br>**2400 Veterans Memorial Blvd**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CCC OF NY**<br>**34 Seymour St**<br>**Tonawanda, NY 14150** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CST CO.**<br>**PO Box 33127**<br>**Louisville, KY 40232** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **9635** |
| 4.4 | **Elmore, Stone & Caffey**<br>**5616 Kingston Pike #301**<br>**Knoxville, TN 37919** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **EULER HERMES**<br>**800 Red Brook Boulevard**<br>**Owings Mills, MD 21117** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **LOGAN-THOMPSON, P.C.**<br>**30 2nd St NW**<br>**Cleveland, TN 37311** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Mayer S. Klein, Esq.**<br>**231 South Bemiston Ave, Suite 411**<br>**Saint Louis, MO 63105** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **6022** |
| 4.8 | **RICHARD A. SEDGLEY**<br>**2923 Sutherland Ave**<br>**Knoxville, TN 37919** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **SATURN SYSTEMS**<br>**PO Box 482**<br>**Bailey, CO 80421** | Line **3.9**<br><br>☐ Not listed. Explain ____ | **8712** |
| 4.10 | **Smythe Huff & Hayden, P.C.**<br>**1222 16th Avenue South, Suite 301**<br>**Nashville, TN 37212** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Sunbelt Rentals, Inc.**<br>**ATTN: Bob Owens**<br>**1275 West Mound Street**<br>**Columbus, OH 43223** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **THE RECEIVABLE MANAGEMENT SERVICES LLC**<br>**2001 6th Ave #2200**<br>**Seattle, WA 98121** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Protech Metal Finishing, LLC** | Case number (if known) | **3:19-bk-32732** |
|--------|----------------------------------|------------------------|-------------------|
|        | Name                             |                        |                   |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Verliance**<br>**43406 Business Park Drive**<br>**Temecula, CA 92590** | Line  **3.2** <br><br>☐  Not listed. Explain ____ | **4526** |
| 4.14 | **White & Williams, LLP**<br>**1650 Market Street**<br>**One Liberty Place, Suite 1800**<br>**Philadelphia, PA 19103** | Line  **3.32** <br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 1,257,304.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,257,304.68 |

**Fill in this information to identify the case:**

Debtor name   **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-32732**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for use of 120 Tellico Port Road, Vonore, TN 37885** |
|  State the term remaining |  |
|  List the contract number of any government contract | **MN Properties 120 Tellico Port Road Vonore, TN 37885** |

**Fill in this information to identify the case:**

Debtor name   **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-32732**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Nancy Huddleston** | **115 Saligugi Way Loudon, TN 37774** | **Discover Bank** | ☐ D _____ <br> ■ E/F __3.11__ <br> ☐ G _____ |
| 2.2  **Phillip Michael Huddleston** | **115 Saligugi Way Loudon, TN 37774** | **American Express** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.3  **Phillip Michael Huddleston** | **115 Saligugi Way Loudon, TN 37774** | **American Express** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.4  **Phillip Michael Huddleston** | **115 Saligugi Way Loudon, TN 37774** | **ALLIED TOYOTALIFT** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Protech Metal Finishing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-32732**

☐ Check if this is an
    amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ☐ Operating a business ☑ Other   Gross Sales | $453,348.00 |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ☐ Operating a business ☑ Other   **Gross Sales and Business Interruption Insurance (Fire)** | $918,215.00 |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ☐ Operating a business ☑ Other   **Gross Sales and Business Interruption Insurance (Fire)** | $1,462,456.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Protech Metal Finishing, LLC**                     Case number (if known)   **3:19-bk-32732**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Amex** | **May 24, 2019** | **$52,642.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payment** |
| 3.2. | **Chase**<br>**P.O. Box 15145**<br>**Wilmington, DE 19850** | **5/21/2019** | **$23,494.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payment** |
| 3.3. | **Phillip Michael Huddleston**<br>**115 Saligugi Way**<br>**Loudon, TN 37774** | **4/5/2019**<br>**($5,000);**<br>**5/3/2019**<br>**($1,000);**<br>**5/24/2019**<br>**($12,000)** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Repayment of IRA loan**<br>**into company (loan made**<br>**7/18/2018)** |
| 3.4. | **Lyons HR (Payroll)** | **5/17/2019;**<br>**5/24/2019;**<br>**5/31/2019;**<br>**6/7/2019** | **$42,725.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll to employees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **MN Properties**<br>**120 Tellico Port Road**<br>**Vonore, TN 37885**<br>**Partnership in which 2 of Debtor's**<br>**members are partners** | **Total amount**<br>**of rent paid**<br>**between**<br>**8/21/2018 -**<br>**8/22/2019** | **$37,505.00** | **Rent payments for Debtor's use**<br>**of premises - rent remains**<br>**delinquent by $70,000+** |
| 4.2. | **Phillip Michael Huddleston**<br>**115 Saligugi Way**<br>**Loudon, TN 37774**<br>**Member** | **4/5/2019**<br>**($5,000);**<br>**5/3/2019**<br>**($1,000);**<br>**5/24/2019**<br>**($12,000)** | **$18,000.00** | **Repayment of IRA loan into**<br>**company (loan made 7/18/2018)**<br>**(same as listed in SFA No. 3)** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Protech Metal Finishing, LLC** | Case number *(if known)* | **3:19-bk-32732** |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Boiler Supply Company, Inc. v. Protech Metal Finishing, LLC**<br>**19-703-II** | **Civil; Collection** | **Davidson County Chancery Court**<br>**200 James Robertson Parkway**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wholesale Supply Group, Inc. v. Protech Metal Finishing, LLC, Justin Raper, d/b/a Sons Construction Co.**<br>**Docket No. 20467** | **Civil; Collection (nonsuited 10/2018)** | **Monroe County Chancery Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Sons Construction, Inc. v. M-N Properties and Protech Metal Finishing, LLC, Phillip Michael Huddleston, Nancy Huddleston, and John/Jane Doe**<br>**20813** | | **Monroe County Chancery Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Protech Metal Finishing, LLC v. Mary Ann Scott**<br>**176531-1** | **Civil** | **Knox County Chancery Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Delfasco Finance, LLC v. Protech Metal Finishing, LLC** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Brian Hillard d/b/a B Industries**<br>**C19-266** | | **Monroe County General Sessions** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Protech v. Cate-Russell Insurance, Inc.**<br>**2017-052** | **Insurance payment dispute** | **Blount County Chancery Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

| Debtor | **Protech Metal Finishing, LLC** | Case number *(if known)*  **3:19-bk-32732** |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand, PLLC 2416 21st Avenue South Suite 303 Nashville, TN 37212** | **Attorney Fees** | **August, 2019** | **$20,000.00** |
| | Email or website address **griffin@dhnashville.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Protech Metal Finishing, LLC**                                   Case number *(if known)*  **3:19-bk-32732**

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Phillip Michael Huddleston** | **2006 F-150 (transferred for the purpose of reducing insurance premium)** | **2018** | **$4,000.00** |
| | Relationship to debtor **Member of Debtor** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Protech Metal Finishing, LLC**                                    Case number (if known) **3:19-bk-32732**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Customers of the Debtor | | Various works in product are held by the Debtor as they are being processed and returned to the Debtor's customers over the ordinary operating cycle | Unknown |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Debtor's Place of Business<br>120 Tellico Port<br>Vonore, TN 37885** | **State of Tennessee<br>Department of Environment<br>& Conservation<br>312 Rosa L. Parks Ave<br>Nashville, TN 37243** | | **4/2017 and<br>5/2017<br>(related to<br>fire) and 2<br>instance prior<br>to 2017** |
| **Debtor's Place of Business<br>120 Tellico Port Road<br>Vonore, TN 37885** | **U.S. Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue,<br>N.W.<br>VA 24046** | | **4/2017 and<br>5/2017<br>(related to<br>fire)** |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Adrienne Dobbins<br>724 Kingston Pike, Suite 406<br>Knoxville, TN 37922** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

---

Debtor    **Protech Metal Finishing, LLC**    Case number *(if known)* **3:19-bk-32732**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Pathway Lending**<br>**201 Venture Circle**<br>**Nashville, TN 37228** |
| 26d.2. **Citizens Bank** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Phillip Michael Huddleston** | **115 Saligugi Way**<br>**Loudon, TN 37774** | **Member, CEO** | **37.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **David Hunt** | **1700 Lakewood Drive**<br>**Loudon, TN 37774** | **Member**<br>**Purchased 11.5% equity for $200,000 over a period of time in 2018-2019** | **11.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Nancy Huddleston** | **115 Saligugi Way**<br>**Loudon, TN 37774** | **Membership, President** | **51%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Protech Metal Finishing, LLC**                                 Case number *(if known)*   **3:19-bk-32732**

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Phillip Michael Huddleston** | **Owner Draws and Reimbursements; total of $77,009.99 between Mr. & Mrs. Huddleston** | **8/2018 - 8/2019** | |
| | Relationship to debtor **Member** | | | |
| 30.2. | **David Hunt** | | | |
| | Relationship to debtor **Member and Employee** | | | |
| 30.3. | **Nancy Huddleston** | **Owner Draws and Reimbursements; total of $77,009.99 between Mr. & Mrs. Huddleston** | **8/2018 - 8/15/2019** | |
| | Relationship to debtor **Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September  9, 2019__

__/s/ Phillip Michael Huddleston__                          **Phillip Michael Huddleston**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    __Protech Metal Finishing, LLC_____    Case No.    __3:19-bk-32732__
                                                    Debtor(s)         Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Protech Metal Finishing, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September  9, 2019_____        __/s/ Griffin S. Dunham_____
Date                                                 **Griffin S. Dunham**
                                                     Signature of Attorney or Litigant
                                                     Counsel for   **Protech Metal Finishing, LLC**
                                                     **Dunham Hildebrand, PLLC**
                                                     **2416 21st Avenue South**
                                                     **Suite 303**
                                                     **Nashville, TN 37212**
                                                     **615.933.5850 Fax:615.777.3765**
                                                     **griffin@dhnashville.com**